In the Matter of Town of Huntington, Appellant, against William J. Bradford et al., Constituting the Board of Assessors of the Village of Northport, Respondents.

Argued March 3, 1937; decided March 23, 1937.

*Isaac R. Swezey* and *Fred J. Munder* for appellant.

*Edgar R. Mead* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.